IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **CHRISTOPHER L. DECOTEAU,** | ) | **CASE NO. 4:08CV3146** |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| **DIANE SABATKA-RINE,** | ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the court on Petitioner's Objection to Memorandum and Order (Filing No. 16), which the court liberally construes as a Motion for Reconsideration. In his Motion, Petitioner objects to the court's October 14, 2008 Memorandum and Order and Judgment which dismissed Petitioner's claims as time-barred. (Filing Nos. 14 and 15.) The court has carefully reviewed Petitioner's Motion and finds no good cause for reconsideration of any portion of its October 14, 2008 Memorandum and Order or Judgment.

IT IS THEREFORE ORDERED that Petitioner's Objection to Memorandum and Order, construed as a Motion for Reconsideration (Filing No. 16) is denied.

DATED this 7th day of November, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge